**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Fax: 415.434.0882
www.lbbslaw.com

**CHARLES O. THOMPSON**
DIRECT DIAL: 415.262.8570
E-MAIL: THOMPSONC@LBBSLAW.COM

August 13, 2012

File No.
31900.07

E-FILED

Honorable Judge Joseph C. Spero
U.S.D.C. - Northern District
San Francisco Courthouse
450 Golden Gate Avenue
Courtroom G - 15th Floor
San Francisco, CA  94102

Re:  *Bastianon v. CVS*
     Case No. 3:12-cv-00266-JSW

Dear Judge Spero:

Defendants respectfully request that the Mandatory Settlement Conference currently scheduled for September 4, 2012 at 9:30 a.m. be moved to September 10, 2012 or September 12, 2012.  Defendant CVS Pharmacy, Inc.'s General Counsel is traveling from Boston and has child care issues with the September 4, 2012 date.  If the court can not accommodate this move then we wish to maintain the current date.  The parties have met and conferred and will stipulate to either September 10, 2012 or September 12, 2012 if the court is available.

Dated: 8/20/12

Respectfully submitted,

Charles O. Thompson of
LEWIS BRISBOIS BISGAARD & SMITH LLP

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Joseph C. Spero]

ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • DALLAS • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS
NEW YORK • NEWARK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

4849-4554-1392.1