Christopher B. Dolan (SBN 165358)
Anne Costin (SBN 260126)
**THE DOLAN LAW FIRM**
The Dolan Building
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830
chris@cbdlaw.com
anne.costin@cbdlaw.com
Attorneys for Plaintiff
RONALD BASTIANON

Charles O. Thompson (SBN 139841)
Natalja Fulton (SBN 254858)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882
thompsonc@lbbslaw.com

Deborah L. Mcneely (SBN 264444)
**EDWARDS WILDMAN PALMER LLP**
660 Newport Center Drive, Suite 900
Newport Beach, CA 92660
Telephone: (949) 423-2100
Facsimile: (949) 423-2101
dmcneely@edwardswildman.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BASTIANON,<br><br>    Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation, CAREMARK, L.L.C., a California Limited Liability Company, CVS CAREMARK CORPORATION, a Delaware Corporation, LONGS DRUG STORES CALIFORNIA, L.L.C., a California Limited Liability Company, and DOES 1 through 40, inclusive,<br><br>    Defendants. | Case No.: 3:12-cv-00266-JSW<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Jeffery S. White<br>Crtrm.: 11, 19th Floor |

THE DOLAN LAW FIRM
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA 94102
TEL: (415) 421-2800
FAX: (415) 421-2830

NOTICE OF SETTLEMENT AND JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD HEREIN:

On September 4, 2012 the Parties and their Counsel appeared before Magistrate Judge Joseph C. Spero for a settlement conference in the above captioned matter. The case settled.

The Parties, through their respective Counsel, hereby provide Judge White and his courtroom staff with notice of this settlement, and further jointly request that the Case Management Conference currently set for October 5, 2012 be vacated.

Counsel for the Plaintiff will file a request dismissal of this case in it's entirety after certain conditions of the settlement are performed, but likely prior to October 31, 2012.

DATED: September 5, 2012          THE DOLAN LAW FIRM

                                  By: _____
                                  ANNE COSTIN
                                  Attorney for Plaintiff


DATED: September 5, 2012          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  By: _____
                                  CHARLES THOMPSON
                                  NATALJA FULTON
                                  Attorney for Defendants


The Court HEREBY CONTINUES the case management conference in this matter from October 5, 2012 to November 16, 2012.

Dated: September 7, 2012

IT IS SO ORDERED
Judge Jeffrey S. White

THE DOLAN LAW FIRM
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA 94102
TEL: (415) 421-2800
FAX: (415) 421-2830